Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17–14449–VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sixto Bobadilla
255 McLean Blvd
# 261
Paterson, NJ 07504–1235

Social Security No.:
xxx–xx–3118

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/10/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 10, 2017
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-14449-VFP
Sixto Bobadilla                                                                             Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: May 10, 2017
                             Form ID: 148              Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
db               Sixto Bobadilla,   255 McLean Blvd,    # 261,   Paterson, NJ 07504-1235
cr              +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516686414       +Passaic County Sheriff,    77 Hamilton St,    Paterson, NJ 07505-2070
516686415        Shellpoint Mortgage Servicing,    C/O Phelan Hallinan Diamond & Jones, PC,
                 400 Fellowship Rd Ste 100,    Mount Laurel, NJ  08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 10 2017 22:31:22     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2017 22:31:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516696549       +EDI: RMSC.COM May 10 2017 22:18:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 3

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                              Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
          Adolfo S. De Martinis   on behalf of Debtor Sixto  Bobadilla adolfos@demartinislaw.com,
           G29645@notify.cincompass.com
          Charles A. Stanziale, Jr.    cstanziale@mccarter.com,   slipstein@mccarter.com;nj06@ecfcbis.com
          Charles A. Stanziale, Jr.   on behalf of Trustee Charles A. Stanziale, Jr.
           cstanziale@mccarter.com,   slipstein@mccarter.com;nj06@ecfcbis.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4