UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>Sixto Bobadilla<br>Debtor (s) | Case No.: | 17-14449-VFP |
|---|---|---|
| | Chapter: | 7 |
| | Judge: | Papalia |

# ORDER DISMISSING CASE
# FOR FAILURE TO FILE MISSING DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

DATED:    5/10/17

/s/ Honorable Vincent F. Papalia
Judge, United States Bankruptcy Court

Upon the motion of the Court and for good cause shown, it is

ORDERED that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:
Sixto Bobadilla
    Debtor

Case No. 17-14449-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 10, 2017
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.
db           Sixto Bobadilla,   255 McLean Blvd,   # 261,   Paterson, NJ   07504-1235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:
         Adolfo S. De Martinis    on behalf of Debtor Sixto  Bobadilla adolfos@demartinislaw.com,
          G29645@notify.cincompass.com
         Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.
          cstanziale@mccarter.com,   slipstein@mccarter.com;nj06@ecfcbis.com
         Charles A. Stanziale, Jr.    cstanziale@mccarter.com,   slipstein@mccarter.com;nj06@ecfcbis.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                               TOTAL: 4